No. 17,153.

DELANEY *v.* BUSINESS ADJUSTMENT SERVICE.
(264 P. [2d] 512)

Decided November 30, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. EDWARD B. ALMON, for plaintiff in error.

Mr. F. W. HARDING, Mr. G. E. BOATRIGHT, for defendant in error.